Daniel J. Sherman
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| UNIFIED 2020 REALTY PARTNERS, LP | § | Case No. 13-32425 SGJ |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/06/2013. The case was converted to one under Chapter 7 on 08/12/2015. The undersigned trustee was appointed on 08/12/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   596,341.69

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 130,239.36 |
   | Bank service fees | 14,730.78 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 451,371.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/08/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,353.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,353.10 , for a total compensation of $ 9,353.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,532.37 , for total expenses of $ 1,532.37 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2017            By: /s/DANIEL J. SHERMAN, TRUSTEE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-32425 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | UNIFIED 2020 REALTY PARTNERS, LP | Date Filed (f) or Converted (c): | 08/12/15 (c) |
|  |  | 341(a) Meeting Date: | 09/09/15 |
| For Period Ending: | 11/07/17 | Claims Bar Date: | 12/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS FROM CHAPTER 11 | 0.00 | 284,571.69 |  | 284,571.69 | FA |
| 2. Miscellaneous Refunds (u) | 0.00 | 18,870.00 |  | 19,195.00 | FA |
| 3. PREFERENCE ACTIONS (u) | 0.00 | 292,900.00 |  | 292,900.00 | FA |
| TOTALS (Excluding Unknown Values) | $0.00 | $596,341.69 |  | $596,666.69 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CONVERTED FROM CHAPTER 11.  CLAIMS  REVIEWED AND OBJECTIONS FILED, AND ORDERS TO BE ENTERED AFTER 08/07/2017.
ACCOUNTANT EMPLOYED AND FINALIZING  RETURNS.  ESTIMATED DATE OF TFR IS 10/01/2017.

Initial Projected Date of Final Report (TFR): 05/01/16          Current Projected Date of Final Report (TFR): 10/01/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-32425 -SGJ | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | UNIFIED 2020 REALTY PARTNERS, LP | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2226 Checking - Non Interest |
| Taxpayer ID No: | *******5197 | | | |
| For Period Ending: | 11/07/17 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 590,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/18/15 | | Daniel J. Sherman | transfer funds from ch 11 account | 1290-000 | 284,571.69 | | 284,571.69 |
| | | Chapter 11 Trustee | | | | | |
| 09/14/15 | 100001 | Southland Property Tax Consultants, Inc. | PAID PER ORDER ENTERED | 6990-000 | | 5,213.58 | 279,358.11 |
| | | 421 W. 3rd Street, Suite 920 | 08/17/2015 [docket #448] | | | | |
| | | Fort Worth, TX 76102 | | | | | |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 177.37 | 279,180.74 |
| 10/13/15 | 2 | Reliant | refund | 1290-000 | 18,870.00 | | 298,050.74 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 409.26 | 297,641.48 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 431.11 | 297,210.37 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 427.99 | 296,782.38 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 441.66 | 296,340.72 |
| 02/08/16 | 3 | American Express Bank, FSB | Preference Settlement | 1241-000 | 198,732.65 | | 495,073.37 |
| 02/08/16 | 3 | American Express Centurion Bank | Preference Settlement | 1241-000 | 94,167.35 | | 589,240.72 |
| 02/09/16 | 100002 | INTERNATIONAL SURETIES, LTD | NEW BOND #016068385 | 2300-000 | | 1,475.00 | 587,765.72 |
| | | 701 POYDRAS STREET, SUITE 420 | 02/08/2016 THROUGH 02/08/2017 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/16/16 | 2 | United States Treasury | Refund of quarterly fee overpayment | 2950-000 | | -325.00 | 588,090.72 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 439.75 | 587,650.97 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 704.17 | 586,946.80 |
| 04/01/16 | 100003 | ROCHELLE McCULLOUGH L.L.P. | CH 11 ATTORNEY FEES PAID PER | 6210-000 | | 106,944.00 | 480,002.80 |
| | | 325 N. St. Paul Street, Suite 4500 | ORDER ENTERED 04/01/2016 | | | | |
| | | Dallas, TX 75201 | $65,555.50 HOLDBACK + $41,388.50 FINAL | | | | |
| 04/01/16 | 100004 | ROCHELLE McCULLOUGH L.L.P. | CH11 ATTORNEY FINAL EXPENSES | 6220-000 | | 2,728.78 | 477,274.02 |
| | | 325 N. St. Paul Street, Suite 4500 | PAID PER ORDER ENTERED 04/01/2016 | | | | |
| | | Dallas, TX 75201 | | | | | |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 870.80 | 476,403.22 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 700.10 | 475,703.12 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 705.91 | 474,997.21 |

Page Subtotals  596,341.69  121,344.48

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*
LFORM24

Ver: 20.00e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-32425 -SGJ | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | UNIFIED 2020 REALTY PARTNERS, LP | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2226  Checking - Non Interest |
| Taxpayer ID No: | *******5197 | | | |
| For Period Ending: | 11/07/17 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $  590,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/16 | 100005 | ARTHUR I. UNGERMAN<br>5200 Keller Springs<br>Apt. 937<br>Dallas, TX  75248 | ATTORNEY FEES PAID PER<br>ORDER ENTERED 06/24/2016 | 6210-160 | | 9,859.00 | 465,138.21 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 682.23 | 464,455.98 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 697.70 | 463,758.28 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 688.20 | 463,070.08 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 665.06 | 462,405.02 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 686.16 | 461,718.86 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 663.09 | 461,055.77 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 684.22 | 460,371.55 |
| 02/14/17 | 100006 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA  70139 | BOND #016068385 RENEWAL<br>02/08/2017 TO 02/08/2018 | 2300-000 | | 1,120.00 | 459,251.55 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 685.04 | 458,566.51 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 617.59 | 457,948.92 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 681.42 | 457,267.50 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 658.50 | 456,609.00 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 679.42 | 455,929.58 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 656.60 | 455,272.98 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 677.43 | 454,595.55 |
| 11/01/17 | 100007 | MS ENTERPRISES, LLC<br>P. O Box 460729<br>Garland, TX  75046 | Invoice No. 9083<br>Shredding, Destruction and Disposal Services | 2990-000 | | 3,224.00 | 451,371.55 |

Page Subtotals          0.00          23,625.66

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 5)          Ver: 20.00e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 13-32425 -SGJ | |
| Case Name: | UNIFIED 2020 REALTY PARTNERS, LP | |
| Taxpayer ID No: | *******5197 | |
| For Period Ending: | 11/07/17 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL J. SHERMAN, TRUSTEE | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******2226 Checking - Non Interest | |
| Blanket Bond (per case limit): | | |
| Separate Bond (if applicable): | $ 590,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 596,341.69 | 144,970.14 | 451,371.55 |
| | | | Less: Bank Transfers/CD's | | 284,571.69 | 0.00 | |
| | | | Subtotal | | 311,770.00 | 144,970.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 311,770.00 | 144,970.14 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking - Non Interest - *******2226 | | 311,770.00 | 144,970.14 | 451,371.55 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 311,770.00 | 144,970.14 | 451,371.55 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 07, 2017 |

Case Number: 13-32425  
Debtor Name: UNIFIED 2020 REALTY PARTNERS, LP  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021A<br>001<br>2950-00 | US Trustees Office<br>1100 Commerce St. Rm. 976<br>Dallas, TX 75242 | Administrative | | $2,600.00 | $0.00 | $2,600.00 |
| ACCTEXPS1<br>002<br>6420-00 | Litzler, Segner, Shaw & McKenney, LLP<br>1412 Main Street, 24th Floor<br>Dallas, TX 75202 | Administrative | | $81.53 | $0.00 | $81.53 |
| ACCTEXPS7<br>001<br>3420-00 | Litzler, Segner, Shaw & McKenney, LLP<br>1412 Main Street, 24th Floor<br>Dallas, TX 75202 | Administrative | | $40.80 | $0.00 | $40.80 |
| ACCTFEES1<br>002<br>6410-00 | Litzler, Segner, Shaw & McKenney, LLP<br>1412 Main Street, 24th Floor<br>Dallas, TX 75202 | Administrative | | $29,502.50 | $0.00 | $29,502.50 |
| ACCTFEES7<br>001<br>3410-00 | Litzler, Segner, Shaw & McKenney, LLP<br>1412 Main Street, 24th Floor<br>Dallas, TX 75202 | Administrative | | $2,480.00 | $0.00 | $2,480.00 |
| ATTNY<br>002<br>6210-16 | ARTHUR I. UNGERMAN<br>5200 Keller Springs<br>Apt. 937<br>Dallas, TX 75248 | Administrative | | $9,859.00 | $9,859.00 | $0.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $1,120.00 | $1,120.00 | $0.00 |
| CH11FINAL<br>002<br>6210-00 | ROCHELLE McCULLOUGH L.L.P.<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 | Administrative | | $106,944.00 | $106,944.00 | $0.00 |
| CH11FINAL<br>002<br>6220-00 | ROCHELLE McCULLOUGH L.L.P.<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 | Administrative | | $2,728.78 | $2,728.78 | $0.00 |
| CH11TRCO<br>002<br>6101-00 | DANIEL J. SHERMAN<br>509 N. MONTCLAIR AVENUE<br>DALLAS, TX 75208 | Administrative | | $72,910.07 | $0.00 | $72,910.07 |
| CH11TREXP<br>002<br>6102-00 | DANIEL J. SHERMAN<br>509 N. MONTCLAIR AVENUE<br>DALLAS, TX 75208 | Administrative | | $8,423.12 | $0.00 | $8,423.12 |
| CH7FNLEXP<br>001<br>3220-00 | ROCHELLE McCULLOUGH L.L.P.<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 | Administrative | | $3,420.84 | $0.00 | $3,420.84 |
| CH7FNLFEE<br>001<br>3210-00 | ROCHELLE McCULLOUGH L.L.P.<br>325 N. St. Paul Street, Suite 4500<br>Dallas, TX 75201 | Administrative | | $26,239.00 | $0.00 | $26,239.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 07, 2017 |

Case Number: 13-32425  
Debtor Name: UNIFIED 2020 REALTY PARTNERS, LP

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| CH7TRCOM 001 2100-00 | DANIEL J. SHERMAN<br>509 N. MONTCLAIR AVENUE<br>DALLAS, TX 75208 | Administrative | | $9,353.10 | $0.00 | $9,353.10 |
| CH7TREXPS 001 2200-00 | DANIEL J. SHERMAN<br>509 N. MONTCLAIR AVENUE<br>DALLAS, TX 75208 | Administrative | | $1,532.37 | $0.00 | $1,532.37 |
| DESTRUCTI 999 2990-00 | MS ENTERPRISES, LLC<br>P. O Box 460729<br>Garland, TX 75046 | Administrative | | $3,224.00 | $3,224.00 | $0.00 |
| NEW BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $1,475.00 | $1,475.00 | $0.00 |
| ORD 081715 999 6990-00 | Southland Property Tax Consultants, Inc.<br>421 W. 3rd Street, Suite 920<br>Fort Worth, TX 76102 | Administrative | | $5,213.58 | $5,213.58 | $0.00 |
| 000001 050 4800-00 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Ste 1600<br>Dallas, Texas 75201 | Secured | | $7,887.09 | $0.00 | $7,887.09 |
| 000003 050 4800-00 | Harris County et al<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | Secured | | $33.56 | $0.00 | $33.56 |
| 000004 050 4210-00 | Propel Financial Services, L.L.C.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, Texas 78217 | Secured | | $511,305.76 | $0.00 | $511,305.76 |
| 000005 050 4210-00 | Propel Financial Services, L.L.C.<br>c/o John Lane & Associates<br>8526 N. New Braunfels<br>San Antonio, Texas 78217 | Secured | | $541,590.92 | $0.00 | $541,590.92 |
| 000012A 050 4210-00 | BOKF, NA d/b/a Bank of Texas<br>c/o John D. Clayman<br>FREDERIC DORWART, LAWYERS<br>Old City Hall<br>124 East Fourth Street<br>Tulsa, OK 74103 | Secured | | $10,000.00 | $0.00 | $10,000.00 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 07, 2017 |

Case Number: 13-32425
Debtor Name: UNIFIED 2020 REALTY PARTNERS, LP

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016<br>050<br>4220-00 | VTL Investments, LTD.<br>c/o Van Shaw<br>Law Offices of Van Shaw<br>2723 Fairmount Street<br>Dallas, TX 75201 | Secured | | $3,500,000.00 | $0.00 | $3,500,000.00 |
| 000017<br>050<br>4110-00 | United Central Bank<br>4555 W Walnut St.<br>Garland, TX 75042 | Secured | | $14,899,523.67 | $0.00 | $14,899,523.67 |
| 000002<br>071<br>7100-00 | TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Unsecured | | $393,298.25 | $0.00 | $393,298.25 |
| 000006<br>071<br>7100-00 | CIT Communications Finance Corporation<br>10201 CENTURION PKWY. N #100<br>JACKSONVILLE, FL 32256 | Unsecured | | $59,829.13 | $0.00 | $59,829.13 |
| 000007<br>071<br>7100-00 | Ray Mackey,Jr., As Receiver<br>c/o Robert P. Franke and Andrew Edson, E<br>Strasburger & Price, LLP<br>901 Main Street, Suite 4400<br>Dallas, Texas 75202 | Unsecured | | $9,750.00 | $0.00 | $9,750.00 |
| 000008<br>071<br>7100-00 | Reliant Retail Services, LLC<br>P.O. Box 1046<br>Houston, TX 77251 | Unsecured | | $37,460.20 | $0.00 | $37,460.20 |
| 000009<br>071<br>7100-00 | Cogent Communications, Inc.<br>1015 31st Street, NW<br>Washington, DC 20007 | Unsecured | | $6,529.64 | $0.00 | $6,529.64 |
| 000010<br>071<br>7100-00 | Red Hawk Financial Services<br>7808 Creekridge Circle<br>Suite 250<br>Edina, MN 55439 | Unsecured | | $8,194.13 | $0.00 | $8,194.13 |
| 000011<br>071<br>7100-00 | Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446 | Unsecured | | $1,474.27 | $0.00 | $1,474.27 |
| 000012B<br>070<br>7100-00 | BOKF, NA d/b/a Bank of Texas<br>c/o John D. Clayman<br>FREDERIC DORWART, LAWYERS<br>Old City Hall<br>124 East Fourth Street<br>Tulsa, OK 74103 | Unsecured | | $4,125.00 | $0.00 | $4,125.00 |
| 000013A<br>071<br>7100-00 | Orange Business Services U.S., Inc.<br>c/o Crosby Wood & Walker, P.C.<br>3102 Maple Ave., Suite 240<br>Dallas, tX 75201 | Unsecured | | $4,000,000.00 | $0.00 | $4,000,000.00 |

| | EXHIBIT C | |
|---|---|---|
| Page 4 | ANALYSIS OF CLAIMS REGISTER | Date: November 07, 2017 |

Case Number: 13-32425  
Debtor Name: UNIFIED 2020 REALTY PARTNERS, LP

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000013B 072 7100-00 | Orange Business Services U.S., Inc. c/o Crosby Wood & Walker, P.C. 3102 Maple Ave., Suite 240 Dallas, tX 75201 | Unsecured | | $11,193,011.92 | $0.00 | $11,193,011.92 |
| 000014 070 7100-00 | Demetrius Loukas CO Van Shaw 2723 Fairmount Dallas, Texas 75201 | Unsecured | | $1,063,750.00 | $0.00 | $1,063,750.00 |
| 000015 070 7100-00 | Terry Horton CO Van Shaw 2723 Fairmount Dallas, Texas 75201 | Unsecured | | $1,850,000.00 | $0.00 | $1,850,000.00 |
| 000018 070 7100-00 | Schiller Exline, PLLC. 2309 W. Parker Rd. Plano, Texas 75023 | Unsecured | | $753,000.00 | $0.00 | $753,000.00 |
| 000019 070 7100-00 | Ramon Guerra 2020 Live Oak Street 11th Floor Dallas, Texas 75201 | Unsecured | | $922,993.57 | $0.00 | $922,993.57 |
| 000020 070 7100-00 | Fuel Outdoor, LLC c/o Duane Morris, LLP 1540 Broadway New York, NY 10036-4086 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $40,060,904.80 | $130,564.36 | $39,930,340.44 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-32425 SGJ
Case Name: UNIFIED 2020 REALTY PARTNERS, LP
Trustee Name: DANIEL J. SHERMAN, TRUSTEE

Balance on hand  $ 451,371.55

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL J. SHERMAN, TRUSTEE | $ 9,353.10 | $ 0.00 | $ 9,353.10 |
| Trustee Expenses: DANIEL J. SHERMAN, TRUSTEE | $ 1,532.37 | $ 0.00 | $ 1,532.37 |
| Attorney for Trustee Fees: ROCHELLE McCULLOUGH L.L.P. | $ 26,239.00 | $ 0.00 | $ 26,239.00 |
| Attorney for Trustee Expenses: ROCHELLE McCULLOUGH L.L.P. | $ 3,420.84 | $ 0.00 | $ 3,420.84 |
| Accountant for Trustee Fees: Litzler, Segner, Shaw & McKenney, LLP | $ 2,480.00 | $ 0.00 | $ 2,480.00 |
| Accountant for Trustee Expenses: Litzler, Segner, Shaw & McKenney, LLP | $ 40.80 | $ 0.00 | $ 40.80 |
| Other: MS ENTERPRISES, LLC | $ 3,224.00 | $ 3,224.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD | $ 1,120.00 | $ 1,120.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD | $ 1,475.00 | $ 1,475.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 43,066.11

Remaining Balance  $ 408,305.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Fees: Litzler, Segner, Shaw & McKenney, LLP | $ 29,502.50 | $ 0.00 | $ 29,502.50 |
| Accountant for Expenses: Litzler, Segner, Shaw & McKenney, LLP | $ 81.53 | $ 0.00 | $ 81.53 |
| Other: ARTHUR I. UNGERMAN | $ 9,859.00 | $ 9,859.00 | $ 0.00 |
| Other: DANIEL J. SHERMAN | $ 72,910.07 | $ 0.00 | $ 72,910.07 |
| Other: DANIEL J. SHERMAN | $ 8,423.12 | $ 0.00 | $ 8,423.12 |
| Other: ROCHELLE McCULLOUGH L.L.P. | $ 106,944.00 | $ 106,944.00 | $ 0.00 |
| Other: ROCHELLE McCULLOUGH L.L.P. | $ 2,728.78 | $ 2,728.78 | $ 0.00 |
| Other: Southland Property Tax Consultants, Inc. | $ 5,213.58 | $ 5,213.58 | $ 0.00 |

Total to be paid for prior chapter administrative expenses    $    110,917.22

Remaining Balance    $    297,388.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,623,297.54 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | TRC MASTER FUND LLC | $ 393,298.25 | $ 0.00 | $ 23,980.70 |
| 000006 | CIT Communications Finance Corporation | $ 59,829.13 | $ 0.00 | $ 3,647.98 |
| 000007 | Ray Mackey,Jr., As Receiver | $ 9,750.00 | $ 0.00 | $ 594.49 |
| 000008 | Reliant Retail Services, LLC | $ 37,460.20 | $ 0.00 | $ 2,284.07 |
| 000009 | Cogent Communications, Inc. | $ 6,529.64 | $ 0.00 | $ 398.14 |
| 000010 | Red Hawk Financial Services | $ 8,194.13 | $ 0.00 | $ 499.62 |
| 000011 | Konica Minolta | $ 1,474.27 | $ 0.00 | $ 89.89 |
| 000013A | Orange Business Services U.S., Inc. | $ 4,000,000.00 | $ 0.00 | $ 243,893.33 |
| 000014 | Demetrius Loukas | $ 1,063,750.00 | $ 0.00 | $ 8,030.00 |
| 000015 | Terry Horton | $ 1,850,000.00 | $ 0.00 | $ 13,970.00 |
| 000013B | Orange Business Services U.S., Inc. | $ 11,193,011.92 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $        297,388.22

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE